IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACEY PARSON and | : | |
| KIDDIE KARE CHILD CARE & | : | CIVIL ACTION |
| EDUCATION CENTER, INC., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CLEAR CHANNEL | : | |
| COMMUNICATIONS, INC., et al., | : | No. 11-7289 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **3rd** day of **May, 2012**, upon consideration of Plaintiffs' Motion for Remand, Defendants' response thereto, and the parties' supplemental briefing, and following oral argument conducted on April 13, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 4) is **GRANTED**.

2. The above-captioned action is **REMANDED** to the Philadelphia County Court of Common Pleas.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**